**Order entered September 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00598-CR

### JERRY LEELEWIS CHANDLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 204th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F13-25062-Q

## ORDER

The Court **REINSTATES** the appeal.

On August 11, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On September 15, 2015, we received appellant's brief, together with an extension motion. Therefore, in the interest of expediting the appeal, we **VACATE** the August 11, 2015 order requiring findings.

We **GRANT** the extension motion and **ORDER** appellant's brief filed as of the date of this order.

/s/     ADA BROWN
          JUSTICE